
FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2020 MAY 26  AM 9: 36

In the United states District Court
for the District of Delaware:

House of Mikanda —                          20 - 698
103 Trotter Dr. W., Wilmington, DE —

V.

the United states (of Amer Icai) —
1600 Pennsylvania Ave., Washington, DC —

## this is a Criminal Complaint

Noel Lawrence Hillman is a judge of bad "behaviour". Mikanda wrote a Certified letter to the New Castle chief of Police. It was in 2015. The U.S. Postmaster General Knows when it was.

Judge Hillman heard about it and decided to write the 07/03/2015 arrest warrant so Mikanda can be arrested.

He intended to take possession or Control of the crime scene.

Mikanda wants an investigation: And It will show that Hillman withdrew his arrest warrant

only after he had succeeded to clean up and to instruct the tenants to prevent Mikanda the homeowner from ever entering his own house which is located at 103 Trotter Drive West, Wilmington, DE 19810.

That house contains the indicia of Noel Hillman's crime.

In it, he had hurt himself: and cut off his index finger. Therefore, his bad "behaviour" behavior will always prevent him from ever pointing his finger to anybody else as a criminal.

The investigation report must also include a full picture of Judge Noel Lawrence Hillman in the same position of Uncle Sam:

uncle Sam's pointing finger is the power of the IRS (or Internal Revenue Service).

That same pointing finger is also the power of the judicial Branch of the government of the United States:

Judge Noel Hillman had lost that power in the house of Neyembo Mikanda who is also known since the appearance of Jeas Christ with him on a photograph in 2015 as I Cai — Nevembo Icai.

That photograph along with every other property of Mikanda ~~which~~ were stolen by the Virginia State Police and also by Judge Hillman and the other people ~~who~~ entered the

crime scene, or who are renting it now.

They are renting the property of Mikanda without just compensation, or any kind of compensation.

He went in the house before the imprisonment of Mikanda in 2015. He left his shoes in the house. they are in Virginia at the Alexandria jail where Mikanda was imprisoned after he had been detained in the Rappahannock Regional Jail.

Mikanda left those shoes with the keeper of the garments, and shoes:

And he is the same man who had brought a young woman who entered the cell of Mikanda at 4 Am of the first morning of the imprisonment of

Mikanda in Alexandria.

(She will be a wife of Mikanda the same way Ruth became a woman of Boaz for having entered his own room without being invited. However this is a separate matter.)

Before departing from Alexandria, Mikanda realized that the shoes he was arrested in were those of his judge: He had worn them on his sentencing day.

They are in Virginia. And they are bloody (the right shoe only): they must be photographed.

And the video of Judge Hillman's sentencing of Mikanda in 2010 will also be brought: He wore those shoes.

2010 — 2010 — 2010 is only 2010.

It was in 2010 that he entered the house of his prisoner to kill some—

one in it.

Mikanda realized later that a human being was killed in his garage.

The Travelers Insurance company has the photographs of the Volvo XC90 of the crime of Judge Hillman.

Judge Hillman took the car seats of the Volvo to his own house.

He also stole the GPS for that same car which was portable.

He took everything ~~th~~ which cannot be listed.

The loss of the judge's finger in a fight with Mikanda is a victory for Mikanda over the United States of ~~Amer Icai~~ America.

Icai Amer is very upset because the Congress and every Court judge must give the whole country to Neyembo Mikanda.

The insurance company conspired with Judge Hillman – Pas du tout – Pas du tout:

the above means to say: They did.

Two black cars of the federal government of the United States were always parked on the adjacent street next to 103 Trotter Drive West.

Those same police officers or U.S. marshals must be arrested also.

They spoke to the insurance agent on a prior occasion. And when he pulled Nikanda out of his own Toyota Highlander Hybrid to sit with him in his own car, he intended those same people who were in the two cars to come and arrest Nayembo Nikanda pursuant to the 07/03/2015 arrest warrant which they intended to dismiss

and also withdraw on 11/13/2015 and also on 08/14/2017, after the long imprisonments and thefts of the property which were intended to cause the homelessness of Neyembo Dikanda who is now called Nevembo I Cai.

Judge Hillman refused the rule of Law which another judge had issued at Stafford Virginia:

His arrest warrant of 07/03/2015 was dismissed on 11/13/2015.

Judge Hillman wanted time to clean up the 103 Trotter Drive West Residence of Neyembo Dikanda:

And for that reason, he sought the help of the marshals to go and rearrest the owner of 103 Trotter Drive West.

He told them to use the same arrest warrant of 07/03/2015.

And he made it as if the property of Nikanda had not been taken from him upon arrest a month earlier on 10/16/2015.

He wasted no time but moved with speed to clean up the house and also to advertize it for rent with the indication that the same house was no longer available for anybody else..

It was only a few months after the arrest of Nevembo Icai or Neyembo Nikanda:

The investigators should ask him when it was.

And they should ask him who were the two drivers who parked their cars on the driveway of their prisoner

on the day they took the 14 photogr-
aphs which are posted on the Internet
as for Property — 103 Trotter Drive West,
Wilmington, DE 19810.

If both were judges (Hillman
and the Hispanic Senior Judge), then,
Mikanda's house should be rebuilt
to his own specifications.

And the property which were left
in the house must all of them be
refurnished or otherwise compensated
for.

Most of the same photographs or
items which were seized by Captain
Mark E. Baker of the Virginia
State Police had the duplicates
thereof stored in the house.

Noel Hillman and Rodriguez the Senior Judge must both be arrested by the NewCastle Police Department. Mikanda their prisoner was the owner of that house.

He had paid 100% of his own mortgage loan obligation.

They had no right to enter that house under any circumstance.

Because they entered, the United states will always be liable to Nevembo Icai.

They shall make compensation to the name of Neyembo Mikanda.

Because Judge Hillman was the counterpart of Uncle Sam, the loss of his pointing finger in the house of Neyembo Mikanda entitles Mikanda to use that

same finger against against any U.S. Person for his own interests or emoluments.

This criminal complaint should be made a part of an on-going investigation.

The U.S. Congress shall authorize the housing allowance of Neyembu Nikanda whose crime scene was compromised by two criminals who are the judges of the United States.

~~They~~ Their own crimes are also the crimes of the United States which had imprisoned Nikanda in order to facilitate the clean-up of the crime scene against their own so-called criminal of the same Indictment or

Superseding Indictment of 05/15/2015
which was never signed by the U.S.
Attorney for New Jersey and also by
the Fore person of any Grand jury:

The same Judge Hillman is also
hidding the Transcript of 05/15/2015.

In that Transcript the Supersiding
Indictment was exposed for being
fraudulent:

It consisted of only 26 counts.
They were couched on 11 pages only.
11 ~~were~~ were 13 — pas du tout — pas
du tout.

The judge of the crime scene is
also the judge who converted 26 counts
into 28 counts:

He was therefore practicing
law on the bench.

He was ashamed when he started:

He had a fellow judge pose as a juror # 11.

And that same juror was also a co-conspirator with the same judge of the crime scene:

They told each other to hold the "Rosana Nevermind" trial against a man of God: Neyembo Mikanda.

And they succeeded with their "Rosana nevermind" trial:

It means to say: Rosana was a judge who never minded to put Black people in the prisons. Without any cause, she always succeeded to lock up any Black person, even an innocent man or woman.

That same Juror and Judge (Juror #11) was also the spouse of the U.S. Marshal

who lied against Mikanda.

He went to Hillman's chambers and told Hillman that the happy African had greeted his own wife or pre-selected Juror # 11.

He also told him that he also greeted her own sister who is also a judge and who also became Juror # 10.

If you check the records of all the jurors, you will find out that most of them were the relatives or the judges themselves.

On 05/15/2008, The Transcript or video of the first hour of the proceeding of 05/15/2008 will show that Mikanda had pled to only 26 Counts of the Superseding Indictment which

was first handed to him through the hand of the son of Noel Hillman who was unlicensed to be a prosecutor of the United stated:

They improvised the proceeding of 05/15/2008 without having in their own possession any valid superseding Indictment other than that of 26 Counts which unsigned and which was therefore unlawful and sinful in the eyes of the Almighty God who later came down to pose with Mikanda on the same position as that of The clock of Wilmington, Delaware.

Go outside for a moment, and look at that clock and compare

for yourself what the two bars with the four horizontal lines on both of them.

They resemble the same position of the two car seats of Icai Mikanda on the left and Amer Icai on the right.

Amer Icai is the ~~owner~~ owner of the Country which is always called the United States of Amer Icai or ~~America~~ United States of America.

Make no mistake, the Superseding Indictment of 26 counts of 05/15/2008 is not the Superseding Indictment of the Trial of Mikanda which was started as the Rosana Dana Nevermind Trial 06/30/2008 and which was concluded on 07/15/2008.

On that day, 07/15/2008, Hillman was ashamed. He declared the jury verdict

and became a leper like Uzziah who did the same thing Judge Hillman did.

He was not the prosecutor. He was a judge who made himself judge and prosecutor.

And you notice how the Bible is written to reflect the Kingdom of God here on earth through the work of the Court.

If a man stood like a seraphim, he will use his hand to show his own innocense.

He will also use his own face to show that is not tainted by any criminal behavior like the one the investigators will discover in the videos of the proceedings of 6/30/2008 and also many other days, including 5/15/2008, when Judge Hillman signed his own nickname on a Superseding Indictment of the 28 Counts he held Dikanda to.

He acted exactly as did King

uzziah.

Uzziah means to say:

"U" for United States

"Z" for Zion land

"Z" for Zion land

"I" for ~~the Indian~~ land of "In Dieu
       we trust" or "In God we trust";

"A" for America

"H" for Husbandry country.

The two feet of the seraphims are
the same two feet of the United States.
   This means to say: If a judge
has his feet uncovered by the same
shoes which Mikanda stored in
Virginia, the whole country will
be a leper to Mikanda.
   Every leper cannot be anybody ~~to be~~
before anybody.
   This country needs to wake and do
justice to Neyembo Mikanda.

Your own logo of the District Court always reflect the same two people of the same photograph of Icai Mikanda and also Amer Icai, who appears very amer on the same photograph said to reflect the year 77 of William Branham's prophecy.

If you are sincere, you will turn around both 77 into LL.

And your own clock will be ready to be turned upside down.

Mikanda will say nothing else. He will wait for the Attorney General of the United States of America to respond or submit an answer to this same complaint of Nezembo Mikanda who will be called Nevembo Icai.

LL is on your own flag.

you will supply one to Mikanda.

And he will also be r&d ied

50,000 women to sleep with, because

his judge killed his own woman.

She is buried im the basement.

Mikanda went looking for her in

every place.

And he also wrote and also sent

a certified letter to the NewCastle chief

of Police.

The Post office of the United States

has the information about the U.S,

certified mail of 2015.

And Captain Baker of the Virginia

State Police also has the slip which

was stamped when Mikanda had

sent his Certified mail to the Wilmi-

ngton chief of Police.

Everybody will rejoice: Judges, and prosecutors, and jurors, and policemen, and Towers of the cars of Mikanda, and other people (excluding Photjana) will go to prison.

Photjana was misled by the U.S. judge. He had obtained her home number in 2007. It was — It was —:

You should ask Judge Hillman when it was that he seduced the woman of his own prisoner to give him her own private telephone number of Bangkok, thailand.

And sometimes in 2016, to justify or remedy his criminal "behaviour", he called Photjana whom he never knew.

And she hanged up, or refused to answer the unknown caller.

He called again two minutes later

and introduced himself.

She answered him that renting the property was a good idea.

She didn't know the man was Judge Hillman — was Judge Hillman — was Judge Hillman — was Judge Hillman.

She learned later that he was a real estate broker.

Real estate broker was not real estate broker.

He was Judge Hillman.

She was invited to the United States by the same Judge.

And he hired a Ms. Trotter of New Jersey. And she was very happy to advertize the residential property of their prisoner to the ~~NJ market~~ New Jersey market, the Pennsylvania market, and also the Delaware market of the luxurious homes.

It was about the same time Mikanda was being dragged from Virginia to Pennsylvania to continue the imprisonment of the same arrest warrant which a good Judge of Virginia had dismissed on 11/13/2015.

And that same arrest warrant was intended to be withdrawn by Judge Hillman himself.

He finally withdrew it after he had managed to clean everything of the blood and the DNA of his own crime.

On the day Mikanda was freed from prison, 08/14/2017, the Tenants of 103 Trotter Drive West were in his house already 42 days only.

42 days — 42 days — 42 days was only 2 days:

This Judge took the money destined for Mikanda as his own money:
It was ___ It was ___:
You need to ask him.
Photjana was never paid for the first month. She was only paid during the October ~~July~~ month.
The October ~~July~~ month — The October ~~July~~ month — The October ~~July~~ month was The October ~~July~~ month of 2011 ~~2017~~ —
~~2017 — 2017 — 2017 was only~~
Pas du tout — Pas du tout.

2011 ~ 2011 ~ 2011 was the year Hillman initiated the purchase of his own crime scene.
And Mikanda has the evidence of the wealth of Photjana:
There is a statement of a thai Document among the property which was seized from Mikanda by the

Virginia State Police,
on that document, the money Hillman
had paid for access to his own crime
scene is indicated.

He was very happy to arrest Mikanda
so he can go to the house and take or
steal anything Mikanda had left
behind.

The Judge is a thief — The Judge is
a thief — The Judge is a thief — The
Judge is a thief.

Mikanda went to his own
house many times. But his Tenants
who were discovered by Ms. Trotter
always called Trotter to complain
this Black man wants to enter their
house of which Judge Hillman had
declared him a personae non grata:
He is not welcome to his own house.

And right now the Deputy chief of Police of NewCastle County has Mikanda in investigation for having attempted to ring his own door bell of the same door Judge Hillman had changed the key to.

Mikanda will never lack a woman to sleep with:

the same Tenant has a daughter who is 17. She is the one who called the Police and enticed them to arrest the owner of the house whose bed of the master bedroom she made her own room without just compensation to Neyembo Mikanda who told her on his visit that he was the owner of the house.

He showed her the deed. And when her husband came, he slammed the door

on Mikanda and missed his noze.

He refused to see the deed on the cell phone. He wanted a copy for himself.

And as Mikanda moved to the back of his own back yard to take some photographs, the girl kept talking to him.

The same million million of 2011 must also be paid to Neyembo Mikanda.

He is now a homeless:

The same conspiracy of Noel Hillman and the Police People and also the women of Mikanda are responsible for his eviction from his own house by the New Jersey Police Department of his own town of Williams-town, New Jersey:

He came to Wilmington on foot. And a week later he returned to

Williamstown, on foot again.

He arrived to his own house at 1 AM. And 20 minutes later, the police came to evict him.

Nothing needs to be further said.

If Mikanda is a man of God, there will be no snow next year, even as there was only one day of snow in this year of 2020.

2020 will never be a forgotten year.

The Congress will decide the leprosy of Hillman, a judge of bad "behaviour" which is contravening the his own Article III of the U.S. Constitution.

Even Jesus went to prison. It was from there that he was crucified.

Even Moses went to prison. There is a monument of Moses at Princeton

University.

The artist didn't know who the two people were?

He saw it in his vision or dream. And he told the President of that university to fund the project for the two men who are executing each other.

Moses had started the imprisonment of Joshua the Sun of Nun.

And on the second run, he was disrobed at the mountain of God.

That mountain is always the Court House.

Make no other mistake the Bible is not a book of instruction before living the earth.

It is the Book of Instruction - Pas du tout - Pas du tout: It is.

It is also for "In Dieu we trust people": Your own money is a witness against you :

Every currency of the United States will always two Bible scriptures, in English and in Latin.

"In God we trust" pertains to a Bible scripture.

therefore,

"B" stands for Book.;

"I" stands for "In Dieu we trust";

"B" stands for book again as if to say the Book is an extraordinary Book;

"L" stands for liar-in-wait. This pertains to the realization that every man will be ruled by the words of this same Book, without exception, because by nature human beings always have criminals thoughts which they always express as did Judge Hillman;

"E" stands for Eve who caused all kinds of the sufferings of this life.

The Judge who is assigned to this case must reopen it.

He will write his thoughts to it and cause it to be served to all the concerned persons.

The neighbor who assisted Judge Hillman in burying a human being in the basement of Mikanda will also be arrested an his address of 105 Trotter Drive West will be joined to 103 Trotter Drive West, Wilmington, DE 19810.

The 105 House will be destroyed; Mikanda's house also:

The U.S. Government will rebuild only one house on both lots and it will be one lot.

The woman of the neighbor will also be a woman of Mikanda.

He asked him to bring her. But she was not home.

Mia was always the perfect woman for Mikanda.

She was his own age minus ten years. And she was the most beautiful Chinese woman who had ever lived.

She looked for Mikanda a thousand times.

He had died for her on the cherry Hill highway #38.

She never heard from him there-after. He had died on 01/28/2008 at 11 AM.

He was pulled from the wreckage of his Prius of his company, Public synergies. He was taken to a local hospital where he was declared dead on the scene of I-38 East bound.

He awoke from the deads with one shoe at 11 P.M.

And from that time all memory of his own girlfriend escaped from him.

He told the Court orally and in writing concerning his death on the morning he left the Courthouse.

Judge Hillman refused to be a judge from September 2007 to March 2008. Therefore the motion of Mikanda to be acquitted because of his own death on a New Jersey highway received no judicial attention.

And Judge Hillman threw it away: He embraced 97% of Court documents prepared for another Judge. And he made them his own.

As for that motion of the death of Mikanda, he threw it away.

The man also threw away the Transcript of the proceeding of 03/07/2008 8³⁰Am to 11³⁰ Am, which had ended the Criminal prosecution.

And it was ended on that day, and so one of the transcribers beeped his younger brother to come to the courtroom of their own sister and relieve him so he can go and consprize with another judge who will be able to restart that same prosecution their sister was being compelled to dismiss by Icai Mikanda.

They messed up the Transcript and made it as if the 03/07/2008 8:30 Am to 11:30 Am proceeding had not been.

they are in trouble. And they will also be lepers like King Uzziah who ruled the United States Courts as chief Justice during the days of King Isaiah.

If ~~any one~~ anyone would think that the Bible is an antiquated book, they will be ashamed:

Everything in Willington always reflect the four gospels of Jesus Christ.

The Congress building also reflects the same four gospels which are reflected above all the majors or the disciplines of every university degree.

In case you are not sure, you should sign up for a program of study in the New Jersey University College of Public Synergies and Medicine.

The Bible is always the major textbook. All other textbooks are all of them supplementary.

they are good also; however, the source of all knowledge are always the four books of the New Testament: matthew, Luke, mark, and John:

those are the living creatures who are displayed above the fields of medicine and engineering, among other things, on the Wilmington Building.

The New Testament is also the old Testament, because this same old world is also a new world:

If you can think about it in this way, then, you will understand that every other Book of the entire Bible is also a Book of Instruction for living honorably in this same world:

The future will always take care of itself.

What God is interested about is for the people to learn their own victory or

shame while they are still in this world.

Mikanda will never be anything if ~~His~~ Judge Hillman remains in this earth while Mia Chen was destroyed or killed by him, just because she sought for Mikanda a thousand thousand times.

And that street's name must be changed to Mia Street for the memory of the woman of Mikanda of 2008.

They always loved each other.

~~And~~ And for that same woman, every judge will produce a damsel or two for Negembo Mikanda.

And for the house's sake — or for the automobile's sake, which Hillman destroyed, the United States shall be bound to Mikanda as his own royalty for 14 generations.

Congress must declare the death of Mikanda a national holiday.

And rightaway, this District Court must provide to Mikanda the housing allowance and Transportation allowance he is entitled to.

The arrest of everybody who defeated Mia and Mikanda must be eminent.

It must be accomplished within 15 days.

And Mikanda must be informed as to the whereabout of each person who had acted against him and also against Mia.

If she rises from the deads, she is will be his second woman.

The first one will be Aiko the Princess of Japan.

The woman of the judges will only

be his ~~concubines~~ Concubines.

They will be compensated $40 per moment of encounter.

Every moment $40 — Every moment $40 — Every moment $40 — Every moment $40.

Those who consent to stay for a full hour will be compensated no more than four times —

Four times is also five times.

Mikanda will r&d nothing to every judge who brings a woman — Pas du tout:

He will r&d the same amount.

And if he or she brings two, or three, or four, or five, etc., the compensation will be accordingly.

this is the end.

I am Jesus Christ.

I appeared to Mikanda once

to write this writing.

If you pray the Lord's prayer, I will direct you further.

Mikanda is my R & D for every purpose.

This writing will be taken to Washington, D.C.

And the Congress will seek the remedies which are due to Mikanda who was stolen from because of the arrest warrant which is both dismissed and also withdrawn.

King Haman suffered the same fate he had intended for king Mordecai whose woman he took as if she were his own prostitute.

Judge Hillman will also suffer the same fate. And his gallows must be destroyed by the U.S.

Congress.

The Congress must declare the total immunity and free liability settlement for Neyembo Mikanda.

He should never be subject to any prosecution.

And all the U.S. Person who will exercise any rule of law against Mikanda will also the reverse of their own requirements from Dr. Mikanda.

The above means to say: If any U.S. Person will require a payment, Mikanda will pay it — Pas du tout:

He will be compensated 14 times that same amount plus interests and costs:

14 times is not 14 times: It is 14 thousand thousand times.

I am Jesus Christ.

I will appear before any judge who will issue an opinion in this matter.

It is submitted on behalf of Mikanda and Mia who died in that house.

The car seats of the volvo itself are with Judge Noel Hillman.

The investigators will see to it.

Judge Hillman will say what he did to Mia Chen before he killed her in the garage of his own prisoner, Nevembo Icai, also known as, Neyembo Mikanda.

The Lord has spoken. Who will but prophecy?

Dated by Mikanda: 05/25/2020.

Signed by Mikanda: [N]Mikanda

NEYEMBO MIKANDA
1704 Bluestem Ave.
Williamstown, NJ

08094.

nmikphd@aol.com